No. 71–136. INSURANCE COMPANY OF NORTH AMERICA v. PRIETO. C. A. 6th Cir. Certiorari denied.

No. 71–137. FREMONT v. NEW YORK. App. Term, Sup. Ct. N. Y., 9th and/or 10th Jud. Dist. Certiorari denied.

No. 71–142. KIRSNER ET AL. v. FLEISCHMANN ET AL. Ct. App. Md. Certiorari denied.

No. 71–144. CHAMBERS v. CHAMBERS. Sup. Ct. La. Certiorari denied.

No. 71–146. CRAVEN, WARDEN v. ALESI. C. A. 9th Cir. Certiorari denied.

No. 71–149. ALLEN v. BANKERS TRUST CO. ET AL. C. A. 2d Cir. Certiorari denied.

No. 71–154. TOUGHER ET UX. v. COMMISSIONER OF INTERNAL REVENUE. C. A. 9th Cir. Certiorari denied.

No. 71–155. SNOW v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 71–156. CHESTNUT ET AL. v. CRIMINAL COURT OF THE CITY OF NEW YORK ET AL. C. A. 2d Cir. Certiorari denied.

No. 71–160. LEVIN SERVICE CO. ET AL. v. DAVIDSON EXCAVATING, INC. Sup. Ct. Ohio. Certiorari denied.

No. 71–163. KOMATZ CONSTRUCTION, INC. v. WESTERN UNION TELEGRAPH CO. Sup. Ct. Minn. Certiorari denied.

No. 71–164. VIRGINIA STAGE LINES, INC. v. NATIONAL LABOR RELATIONS BOARD. C. A. 4th Cir. Certiorari denied.